IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN MICHAEL CREDICO | : | CIVIL ACTION |
| v. | : | |
| UNKNOWN OFFICIAL FOR U.S. DRONE STRIKES, et al. | : | NO. 13-1311 |

MEMORANDUM

SANCHEZ, J.                                         APRIL 9, 2013

Plaintiff Justin Credico brings this action against an "Unknown Official for U.S. Drone Strikes," Eric Holder, Donald Verrilli, and the United States of America. Plaintiff's lawsuit appears to be based on his fear that the federal government will target him and kill him with a drone because he is "currently attempting to go stateless via renouncing [his] citizenship." (Compl. ¶ II.D.)

Plaintiff's motion to proceed in forma pauperis is granted because he has satisfied the requirements set forth in 28 U.S.C. § 1915, as he submitted his prison account statement to the Court and lacks sufficient funds to pay the filing fee. (See Document No. 3.) Accordingly, 28 U.S.C. § 1915(e)(2)(B) applies, which requires the Court to dismiss the complaint if it is frivolous. A complaint is frivolous if it "lacks an arguable basis either in law or in fact," Neitzke v. Williams, 490 U.S. 319, 325 (1989), and is factually baseless "when the facts alleged rise to the level of the irrational or the wholly incredible." Denton v. Hernandez, 504 U.S. 25, 33 (1992).

This Court will dismiss the complaint as frivolous because

1

plaintiff's suggestion that the federal government might kill him with a drone is delusional and irrational. Plaintiff will not be given leave to amend because amendment would be futile. <u>See</u> <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103, 112-13 (3d Cir. 2002). Plaintiff's motion for an order to show cause and his motion to freeze assets will be denied. An appropriate order follows.