IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MICHAEL CREDICO | : CIVIL ACTION |
| v. | : |
| UNKNOWN OFFICIAL FOR U.S. DRONE STRIKES, et al. | : NO. 13-1311 |

## ORDER

AND NOW, this 9th day of April, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis, his complaint, his motion for order to show cause, and his motion to freeze assets, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff Justin Michael Credico, #42438, shall pay the full filing fee of $350 in installments. Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. The Warden or other appropriate official at the Chester County Prison or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's inmate trust fund account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-1311.

3. Plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. Plaintiff's motion for order to show cause (Document

No. 3) is DENIED.

5. Plaintiff's motion to freeze assets (Document No. 4) is DENIED.

6. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JUAN R. SANCHEZ, J.